Joseph H. Harrington
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 19 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSON DANIEL BOWERS, <br><br> Defendant. | 2:19-CR-0051-TOR-1 <br><br> INFORMATION <br><br> 21 U.S.C. § 841(a)(1), (b)(1)(C) <br> Possession with Intent to <br> Distribute Heroin |

The United States Attorney charges:

On or about November 21, 2018, in the Eastern District of Washington, the Defendant, JACKSON DANIEL BOWERS, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

DATED this 19th day of March, 2019.

Joseph H. Harrington
United States Attorney

*(signature)*
Caitlin Baunsgard
Assistant United States Attorney

INFORMATION – 1