PROB 12C
(6/16)

Report Date: February 9, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jackson Daniel Bowers | Case Number: 0980 2:19CR00051-TOR-1 |

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇  Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 26, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 842(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 36 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: February 25, 2022 |
| Defense Attorney: | Amy Rubin |
| | Date Supervision Expires: February 24, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On February 25, 2022, a supervision intake was completed. Jackson Bowers acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1:** You must no commit another federal, state or local crime. |
| | **Supporting Evidence:** It is alleged that Jackson Bowers violated the terms of his supervised release by committing Fourth Degree Assault-Domestic Violence, in violation of RCW 9A.36.041, a gross misdemeanor, on or about February 8, 2023. |
| | On February 8, 2023, deputies with the Spokane County Sheriff's Office responded to Jackson Bowers' residence in response to a domestic violence report. |
| | Deputies made contact with the victim, who resides at the residence with her three children. The victim reported that she and Mr. Bowers have been having relationship issues and arguing a lot. The victim reported that when Mr. Bowers gets angry, he gets physical. The victim showed the deputies pictures of previous injuries and advised she had not attempted to leave due to threats Mr. Bowers makes and being afraid for her safety. |

Prob12C
**Re: Bowers, Jackson Daniel**
**February 9, 2023**
Page 2

The victim advised that on the evening of February 8, 2023, she and Mr. Bowers were arguing, Mr. Bowers wrapped his arm across her shoulder by the base of her neck and slammed her down into the ground. She began crying and advised her children saw her being assaulted. After she hit the ground, Ms. Bowers struck her an unknown number of times on her head. A deputy could feel an area on the victim's head which felt swollen. The victim advised Ms. Bowers struck her in the head again before leaving the apartment with some of his belongings.

She further reported that Mr. Bowers head butted her the night before, causing a small cut on the inside of her lip. A deputy observed a small cut on the inside of her lip.

Probable cause was determined to arrest Ms. Bowers for fourth degree assault-domestic violence. His whereabout were unknown at the time and a warrant was requested.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/09/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

February 9, 2023
Date