PROB 12C

Report Date: April 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jackson Daniel Bowers | Case Number: 0980 2:19CR00051-TOR-1 |
| Address of Offender: Spokane County Jail | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 26, 2019 | |
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 842(a)(1), (b)(1)(C) |
| Original Sentence: Prison - 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: February 25, 2022 |
| Defense Attorney: Carter Liam Powers Beggs | Date Supervision Expires: February 24, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/9/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Jackson Bowers violated the terms of his supervised release by committing violation of a no contact order, on or about February 22, 2023.

On February 2, 2023, Jackson Bowers was served, while in the Spokane County Jail, with a petition for protection order and temporary protection order and hearing notice to protect the alleged victim in this matter. A hearing was held and the no contact order is currently active until March 1, 2028.

According to Hall County Georgia Sheriff's Office report for case number 2023-016508, a deputy responded to a harassment report on February 22, 2023. The victim informed the deputy that she received a call from Jackson Bowers from the Spokane County Jail at approximately 12:14 p.m. on February 22, 2023. The victim advised that they were involved in a domestic violence case and provided the deputy with copies of the temporary protection order from the Spokane County Superior Court.

Prob12C
**Re: Bowers, Jackson Daniel**
**April 17, 2023**
Page 2

Additionally, the victim showed the deputy her call log, which revealed she received a call from a number that is a common number that appears when inmates call from the Spokane County Jail.

On April 12, 2023, a detective with the Spokane County Sheriffs Office contacted the undersigned officer. They advised the allegation of the protection order has been investigated and charges are forthcoming. Mr. Bowers' jail calls were reviewed and his specific jail pin number was used on February 22, 2023, at approximately 9:13 a.m. to call the victim that has a protection order in place prohibiting Mr. Bowers from contacting them.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/17/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: *The Revocation of Supervised Release scheduled for 5/11/2023 remains set.*

Thomas O. Rice
United States District Judge
April 17, 2023
Date