# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case Nos. 2:19-CR-0051-TOR |
|---|---|
| Plaintiff, | |
| vs. | CRIMINAL MINUTES |
| JACKSON DANIEL BOWERS, | DATE: 5/10/2022 |
| Defendant. | LOCATION: Spokane |
| | REVOCATION OF SUPERVISED RELEASE HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Caitlin A. Baunsgard | | Carter Powers Beggs | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court           [ X ] US Probation Officer:  Melissa Hanson

Defendant present in USMS custody and assisted by counsel.

Defendant is before the Court on two Petitions containing alleged Violation Nos. 1 & 2.

Mr. Powers Beggs advised the Court Defendant will not admit the violations and that the parties are jointly recommending dismissal of the violations.

The Court advised Defendant of his rights with respect to Violation No. 2.

USPO Melissa Hanson is sworn to testify.
The Court questioned the witness.
Cross-examination by Mr. Powers Beggs.
No questions from Ms. Baunsgard.
The Court questioned the witness.
The witness steps down and is excused.

Drake White sworn to testify.
Direct examination by Mr. Powers Beggs.
No questions from Ms. Baunsgard.
Witness steps down and is excused.

Page 2         USA v. Bowers         2:19-CR-0051-TOR         Revocation of Supervised Release Hrg

Mr. Powers Beggs submitted a photo of Defendant and a declaration of Kenny Heaton on Defendant's behalf for the Court's consideration.

Mr. Powers Beggs addressed the Court and made a disposition recommendation on Defendant's behalf.

The Court found by a preponderance of the evidence that Defendant committed the alleged violations and calculated the maximum penalties.

Defendant declined to make a statement.

**The Court imposed sentence:**
    **Incarceration:   9 months**
    **Supervised Release:   36 months**

Appeal rights given.

Defendant remanded to the custody of the USMS to begin imposition of sentence.

| CONVENED: 8:57 AM | ADJOURNED: 9:36 AM | TIME: 39 MINS | JNC FORTHCOMING [X] |