

**Superior Court of Washington, County of Spokane**

| Katia V Diaz Mendoza<br>Petitioner | DOB | No. 23-2-00564-32<br><br>**Declaration of**<br><br>**Kenny Heaton**<br>**(DCLR)** |
|---|---|---|
| v.<br><br>Jackson Daniel Bowers<br>Respondent | DOB | |

This declaration is made by:
Name: *Kenny Heaton*

Age: *47*

Relationship to the parties in this action: *Jackson's sister's husband*

I declare,

On December 16, 2022, me, my wife, Jackson, Val (aka Katia), ▮▮▮▮ went to Coeur d' Alene to go on the Santa Cruise and have dinner. When we got to the restaurant, we all sat down and ordered our food. Everyone was laughing and enjoying getting in the holiday spirit. At one point Jackson got up to go outside to smoke a cigarette. He left and just a few minutes later Val got up to go outside also. Both children jumped up and grabbed onto Val begging her to leave Daddy alone and sit down with them. She refused, handed the kids her phone to play on and stormed outside. I was concerned so shortly after I went outside for a smoke. Jackson was outside already smoking. I looked at him and noticed the side of his face was red and he looked like he had been punched. I asked what happened, he said that Val had slapped him. I asked why and he said that she said he was looking at the wait staff. Everyone sat down and had dinner. We all drove together so my wife and myself tried to smooth the situation over before we dropped them off. Val was very agitated and appeared to be ready to fight. Jackson sat in the back seat with me, and he commented that once we got home, he was going to leave and go get ▮▮▮▮ from his mother's house so that he could avoid more conflict

RCW 7.105.200, .235, .500
(07/2022)
PO 018

Declaration (DCLR)
p. 1 of 2

Case 2:19-cr-00051-TOR    ECF No. 63    filed 05/11/23    PageID.213    Page 4 of 6

with her. I know that Jackson has worked very hard to understand and reassure Val. He also has made many steps to be the father those children need. At times she has made this very difficult, however, he has made it his priority to take care of his children. This is just one of many different situations that happens frequently. Jackson has spent a lot of time trying to diffuse Val. The night that she called the cops, she didn't call the cops when he was there. She called the cops because he left, and she wanted to punish him for leaving. He had a friend with him that she demanded leave. She didn't want him to leave. She wants to control him, and he just wants to be a father to his children.

(Attach additional single-sided pages if necessary and number them. Use form PO 010, Statement.)

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. [ ] I have attached (*number of pages*)_____pages.

Signed at Spokane, Washington on 02/16/2023

_____    Kenny Heaton
Signature of Declarant              Print or Type Name

RCW 7.105.200, .235, .500           Declaration (DCLR)
(07/2022)                           p. 2 of 2
PO 018

ed by the WA Spokane County Superior Court.

