PROB 12C
(6/16)

Report Date:  June 21, 2024

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jackson Daniel Bowers          Case Number: 0980 2:19CR00051-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 26, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 36 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 10, 2023) | Prison - 9 Months;<br>TSR - 36 Months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 9, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: November 8, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/13/2024 and 05/21/2024.

On November 13, 2023, Mr. Jackson Bowers signed his conditions relative to case number 2:19CR00051-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Bowers is alleged to have violated special condition number 5 by ingesting alcohol, previously occurring on or about June 14, 2024, based on both urinalysis testing and the client's admission of such use.<br><br>Specifically, and as the Court may recall, Mr. Bowers was previously ordered by the Court to surrender to the Spokane Residential Reentry Center (RRC) during a Court hearing held on June 5, 2024. This action was ordered, in part, to address Mr. Bowers' previously alleged ongoing misconduct. |

Prob12C
**Re: Bowers, Jackson Daniel**
**June 21, 2024**
**Page 2**

On June 14, 2024, Mr. Bowers surrendered to the Spokane RRC as directed, and as a part of the facility intake process, did submit to urinalysis testing. On June 20, 2024, the lab report specific to Mr. Bowers' submitted urinalysis sample was received by the undersigned officer, which confirmed Mr. Bowers' urinalysis sample was positive for alcohol.

On June 20, 2024, the undersigned officer met with Mr. Bowers at the Spokane RRC and confronted him as to the received test result. During dialogue, Mr. Bowers admitted having "drunk several beers" the night prior, on June 13, 2024, with dinner, indicating that he did not believe it to be "a big deal" as he did not engage in any further misconduct after drinking. Mr. Bowers was reminded of his no alcohol condition that restricts any use of alcohol, which he stated his awareness. Mr. Bowers did sign a use admission form serving to memorialize the statement. Despite identified concern, Mr. Bowers indicated that he is trying "to do good."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | June 21, 2024 |
| --- | --- |
| | s/Chris Heinen |
| | Chris Heinen
U.S. Probation Officer |

---

**THE COURT ORDERS**

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
        with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other :  *All pending violations will be*
                *addressed at the Final Revocation*
                *Hearing set for 9/4/2024.*

Thomas O. Rice
United States District Judge

June 24, 2024

Date